# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2892

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Charles P. Seacrest, | * | District of Nebraska. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: November 28, 2001
Filed: November 30, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Charles P. Seacrest appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record and the parties' submissions on appeal, we adopt the court's reasoning--that Amendment 599 to the U.S. Sentencing Guidelines is inapplicable to Seacrest--and, accordingly, we affirm its judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.